IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEDIKEYA MCFADDEN | : | No. 15-376-4 |

## ORDER

AND NOW, this 6th day of January, 2021, upon consideration of Tedikeya McFadden's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 735), the Government's Response in Opposition (Doc. No. 738), and Ms. McFadden's Second Motion for Compassionate Release (Doc. No. 775), it is hereby **ORDERED** that both Motions (Doc. Nos. 735, 775) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE