IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| TEDIKEYA MCFADDEN | : | No. 15-376-4 |

## ORDER

**AND NOW**, this 6th day of July, 2021, upon consideration of Tedikeya McFadden's Motion to Reconsider Denial of Compassionate Release (Doc. No. 789) and the Government's Response in Opposition (Doc. No. 790), it is **ORDERED** that Ms. McFadden's Motion (Doc. No. 789) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1