IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEDKIEYA MCFADDEN | : | No. 15-376-4 |

### ORDER

AND NOW, this 29th day of November, 2021, upon consideration of Tedkieya McFadden's Motion to Appoint Counsel (Doc. No. 690), Motion to Vacate/Set Aside/Correct Sentence (Doc. No. 796), the Government's Response in Opposition (Doc. No. 708), Ms. McFadden's Reply (Doc. No. 720), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Ms. McFadden's Motion to Appoint Counsel (Doc. No. 690) is **DENIED**;

2. Ms. McFadden's Motion to Vacate/Set Aside/Correct Sentence (Doc. No. 796) is **DENIED**; and

3. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1