# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : |
| TEDKIEYA MCFADDEN | : No. 15-376-4 |
| | : |

## ORDER

AND NOW, this 28th day of April, 2023, upon consideration of Ms. McFadden's Motion for Compassionate Release and request for a judicial determination to the Bureau of Prisons that she be transferred to home confinement (Doc. No. 877) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion and request (Doc. No. 877) are **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge